**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZAVEON GRIFFIN**
**ADC #173099** **PLAINTIFF**

**v.** **No. 4:26-cv-638-DPM**

**GREEN BAY PACKAGING; GARY MUSSELLWHITE, Warden, ADC; EDIE R. ERVIN, Judge; LISA BAILEY, Treatment Coordinator, ADC; SHANITA GUNN, Sgt., ADC; Q. BIELER, Sgt., ADC; SARAH HUCKABEE, Governor, State of Arkansas; DEXTER PAYNE, Warden; and DOES, Manager, Green Bay Packaging, "J.M.", Judge, Treatment Coordinator, ADC** **DEFENDANTS**

# ORDER

**1.** The Court withdraws the reference.

**2.** Griffin hasn't paid the $405 filing and administrative fees or filed an IFP Motion. The time to do so has passed. *Doc. 2 at 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026